# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **CCA AND B, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BABYCUT2 STORE,** *et al.*,<br><br>*Defendants.* | Case No.: 1:24-cv-0298-TWT |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff CCA and B, LLC d/b/a The Lumistella Company, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action against the following Defendants without prejudice, with each party to bear its own attorneys' fees and costs:

1. DecorVista;

2. Guangzhouzhiyongmaoyiyouxiangongsi;

3. The Bao Ngo; and

4. YUHENGSINTIN.

Dated: March 29, 2024.

    Respectfully submitted,
    THE SLADKUS LAW GROUP

    *s/ Abbie Cook*
    Carrie A. Hanlon
    Ga. Bar No. 289725

                E-mail: carrie@sladlaw.com
                Jason H. Cooper
                Ga. Bar No. 778884
                E-mail: jason@sladlaw.com
                Abbie Cook
                Ga. Bar No. 905603
                E-mail: abbie@sladlaw.com

                1397 Carroll Drive
                Atlanta, Georgia 30318
                Telephone: (404) 252-0900
                Facsimile: (404) 252-0970

                ***Attorneys for Plaintiff***